# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:10CV-764-S

**JERRI LEIGH JACKSON**                                          **PLAINTIFF**

v.

**UNIVERSITY OF LOUISVILLE HOSPITAL** *et al.*               **DEFENDANTS**

## MEMORANDUM OPINION

Acting without the assistance of counsel, Plaintiff Jerri Leigh Jackson filed the above-styled action against University of Louisville Hospital and the Louisville EEOC Area Office. She also applied to proceed *in forma pauperis*. On January 31, 2011, the Court entered an Order granting Plaintiff's application (DN 4). The Clerk of Court mailed the Order to Plaintiff at her address of record on file with the Court.

On March 21, 2011, the Copy of the Court's Order was returned by the United States Postal Service indicating that Plaintiff had refused to accept delivery (DN 5). Plaintiff has not provided the Court with an alternate address nor taken any action in this case since December 2010.

Upon filing the instant action, Plaintiff assumed the responsibility to keep this Court advised of a current address where she could be reached by the Court and by Defendants and to litigate her claims actively. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). Plaintiff has failed in her duties. Additionally, her refusal to accept mail from the Court indicates that she no longer desires to prosecute this action. Therefore, the

Court will dismiss this action by separate Order.

Date:

cc: Plaintiff, *pro se*
4411.008